UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | ) BK No.: 19-04127 |
| | ) |
| | ) Chapter: 13 |
| Fres William Oquendo, | ) |
| | ) Honorable Janet S. Baer |
| | ) |
| Debtor(s) | ) |
| | ) Adv. No.: 19-00106 |
| Fres William Oquendo, | ) |
| | ) |
| Plaintiff(s) | ) |
| Global Sports Management GmbH, POW Sports | ) |
| Entertainment, Inc., Square Ring, Inc., et al., | ) |
| | ) |
| Defendant(s) | ) |

**Order Setting Discovery Cutoff and Pre-Filing Summary Judgment Conference**

This proceeding coming to be heard for status, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The discovery cutoff with respect to this adversary proceeding is set for March 15, 2022; and

2) A pre-filing summary judgment conference on this adversary proceeding and the Debtor's related objections to Claim Nos. 11 through 15, 18, and 19 is set for March 30, 2022, at 2:00 p.m.

Enter:  *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 9, 2022

**Prepared by:**
Chambers of the Honorable Janet S. Baer

Rev: 20170308_apo